IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROY H. MIDDLETON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1890

Opinion filed August 18, 2017.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Roy H. Middleton, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

 B.L. THOMAS, C.J., and WOLF and ROWE, JJ., CONCUR.